```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY McIVER, et al.,           )
                                )      CIV. S-01-1967 GEB KJM
                 Plaintiffs,    )
                                )      ORDER
          v.                    )
                                )
THE CALIFORNIA EXPOSITION AND   )
FAIR, et al.,                   )
                                )
                 Defendants.    )
                                )
```

On July 11, 2005, the date on which the parties' Joint Pretrial Statement was due, all but one party filed a Notice of Partial Settlement in which they state

> [t]he plaintiffs . . . are pleased to report they have entered a proposed Consent Decree with defendants California State Exposition and Fair and the State of California that if approved will completely resolve the injunctive relief claims against such defendants.  A separate proposed settlement between such plaintiffs and defendant Ray Cammack Shows is near completion and should be submitted for approval by early next week.

These parties also assert that the scheduled trial in this action should be rescheduled for trial before United States Magistrate Judge Mueller in early December 2005, through a "referral" of the trial to Magistrate Judge Mueller.  It is unclear what the filing parties mean by the term "referral."  The July 11 filing also indicates that this action ("McIver") is related to ISC v. California

1

1 State Exposition and Fair, No. Civ. S-04-1790 DFL ("ISC"), yet the
2 filing parties have not filed a Notice of Related Cases under Local
3 Rule 83-123 and it is unclear why the filing parties have waited until
4 the virtual eve of trial in McIver to tell the trial judge in McIver
5 that McIver should be consolidated with ISC.  The filing parties also
6 indicate that a pending state action should somehow be consolidated
7 with McIver and ISC, so state damage claims involved in the three
8 cases can be resolved in federal court.
9        Since the parties have not settled the damage claims in
10 McIver and appear to have waited too long to try to effect a
11 consolidation of McIver with the other referenced actions, the final
12 pretrial conference scheduled in McIver for July 18, 2005, is not
13 vacated and sanctions may be considered because of the parties'
14 failure to file a Joint Pretrial Statement.[1]
15        IT IS SO ORDERED.
16 Dated:  July 12, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Further, it is unclear whether the parties' proposed Consent Decree will be adopted by the Court.

2