IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LARRY McIVER, et al.,<br><br>                  Plaintiffs,<br><br>    v.<br><br>THE CALIFORNIA EXPOSITION AND FAIR, et al.,<br><br>                  Defendants. | CIV. S-01-1967 GEB KJM<br><br>ORDER |

On Sunday, July 17, 2005, the parties filed a joint consent to proceed before the Magistrate Judge for all purposes. See 28 U.S.C. § 636(c).[1]

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed. See Local Rule 73-305(b) (prescribing "notwithstanding the

---

[1] Further, on July 18, 2005, Plaintiffs' counsel telephoned chambers to report that this case has settled in its entirety, that a consent decree as to certain claims had already been submitted for signature and that a second consent decree with respect to the remaining claims would be submitted shortly.  In light of this representation, the joint pretrial conference scheduled for hearing today and the trial scheduled to commence on August 30, 2005, are vacated.

1

1 | consent of all parties, the [United States District] Judge or
2 | Magistrate Judge may reject the referral.").
3 | Dated:  July 18, 2005

                                       /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

## ACCEPTANCE OF REFERRAL

      Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as CIV. S-01-1967 KJM.

      IT IS SO ORDERED.

DATED: July 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

2