IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY McIVER, et al.,

   Plaintiffs,       No. CIV S-01-1967 GEB KJM

  vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

   Defendants.       <u>ORDER</u>

_____/

    The court has been advised that this action has settled in its entirety, including the issues of injunctive relief and damages, save and except for the issue of attorneys' fees. All dates currently set in this matter are hereby vacated.

    Accordingly, IT IS HEREBY ORDERED that no later than July 29, 2005, the parties shall file the proposed consent decrees (including any and all exhibits and incorporated documents identified in the decrees) referenced in the parties' July 18, 2005 notice of settlement. Courtesy copies also shall be provided as required by the Local Rules.

/////

/////

/////

/////

1

1   Failure to comply with this order may be grounds for the imposition of sanctions
2   on any and all counsel or parties who contribute to the violation of this order.
3   DATED: July 19, 2005.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

9   006 mciver.dispo