IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY McIVER, et al.,

    Plaintiffs,                         No. CIV S-01-1967 KJM

    vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

    Defendants.

_____/

ISC, INC., et al.,

    Plaintiffs,                         No. CIV S-04-1790 KJM

    vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

    Defendants.              ORDER

_____/

        A status conference was held before the undersigned in the above titled actions on August 17, 2005. All counsel appeared telephonically. Tim Thimesch appeared for plaintiffs. DeborahWordham appeared for defendant State of California. Betty Fracisco appeared for defendant Ray Cammack Shows. Jeff Christensen appeared for Cal Expo. Upon review of the consent decrees proposed by the parties and their joint status report, and upon hearing the

1

discussion of counsel, and good cause appearing, IT IS HEREBY ORDERED that:

1. Within two weeks from the date of this order, plaintiffs shall file a motion for leave to file a third amended complaint in the <u>McIver</u> action. Said motion shall be accompanied by an explanation of the parties' positions as to the relation back of new causes; the parties' intended disposition of the <u>ISC</u> action in light of the filing of any third amended complaint; and information on the status of the state action and what, if any, judicial decisions have been made therein by the state court.

2. If not dismissed by stipulation of the parties, plaintiffs shall file a motion to dismiss plaintiff Welsh in the <u>ISC</u> action within two weeks.

3. The stay heretofore entered in the <u>ISC</u> action is hereby lifted.

4. Modified proposed consent decrees addressing the issues raised at the status conference shall be submitted within two weeks from the date of this order.

5. Notice of settlement of the damages issues in the <u>McIver</u> action shall be filed within two weeks of entry of final consent decrees as to injunctive relief.

6. A settlement conference is set for September 26, 2005 at 9:00 a.m. before the Honorable Peter A. Nowinski on the damages issues in the <u>ISC</u> action. The parties are directed to comply with Judge Nowinski's procedures with respect to settlement conferences.

7. The scheduling order for the <u>ISC</u> action, if it proceeds, is as follows:

   a. The parties shall simultaneously disclose experts no later than December 29, 2005.

   b. Rebuttal experts shall be disclosed no later than January 31, 2006.

   c. Discovery, including the hearing of discovery motions, shall be completed by February 8, 2006. Discovery motions, if needed, shall be filed in accordance with Local Rule 37-251.

   d. Dispositive motions, other than discovery motions, shall be noticed to be heard by March 1, 2006.

    e. The pretrial conference is set for May 3, 2006 at 11:00 a.m. before the undersigned.  Pretrial statements shall be filed in accordance with Local Rule 16-281.

    f. Trial of this matter is set for June 12, 2006 at 10:00 a.m. before the undersigned.  The parties shall file trial briefs in accordance with  Local Rule 16-285.

   8.  If, after entry of the consent decrees as to injunctive relief and resolution of damages claims, the parties wish to request a settlement conference on attorneys' fees, the parties are directed to so notify the court and a settlement conference before another magistrate judge will be set at that time.  To the extent attorneys' fees are not settled, any motions for attorneys' fees shall be brought as provided for in the consent decrees to be entered, or if no consent decrees are entered as provided for by the applicable federal and local rules.

DATED: August 19, 2005.

                _____
                UNITED STATES MAGISTRATE JUDGE

006 mciver-isc.oas