IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY McIVER, et al.,

      Plaintiffs,   No. CIV S-01-1967 KJM

   vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

      Defendants.   ORDER

_____/

      A telephonic status conference was held before the undersigned on September 28, 2005. Plaintiff's counsel did not appear.[1] Caryn Craig appeared for defendant State of California. Steve Horan appeared for defendant CalExpo. Upon review of the file and discussion of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

      1. Pending the court's review of the stipulated consent decree, the dates set in the August 19, 2005 scheduling order are confirmed.

      2. Any communications with the court and/or requests shall be submitted via the court's electronic CM/ECF filing procedures.

---

[1] The court acknowledges receipt of plaintiff's counsel "notice" filed after hearing.

1

3. Any request for continuance and/or extension of time shall be filed before the date covered by the request, and will be granted only upon a showing of good cause. Complications in counsels' schedules do not constitute good cause.

DATED: October 3, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

006
mciver-expo.oas

2