IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY McIVER, et al.,

    Plaintiffs,                  No. CIV S-01-1967 KJM

    vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

    Defendants.

_____/

ISC, INC., et al.,

    Plaintiffs,                  No. CIV S-04-1790 KJM

    vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

    Defendants.              <u>ORDER</u>

_____/

        The court has been advised that the parties have not reached settlement on the issue of attorneys' fees. The parties are reminded that under Section X and paragraph 40, respectively, of the consent decrees filed December 16, 2005, plaintiffs are allowed 120 days after entry of the consent decrees to file a motion for attorneys' fees. No extensions of time with respect to that date in the above-titled actions will be considered. Moreover, only motions that

1

1  are appropriate given the posture of the cases, in which the consent decrees have been entered,
2  will be considered.
3  DATED: March 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

9  006 mciver-isc.smb