**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq. (No. 44215) – Of Counsel
171 Front Street, Suite 102
Danville, CA 94526-3321
Direct: (925) 855-8235

Plaintiffs LARRY McIVER, HOLLYNN D'LIL, ISC, INC.,
RUSS BOHLKE, CHRISTINE FITZGERALD,
CONNIE ARNOLD, and JEFFREY EVANS

STEPHEN E. HORAN, ESQ. (No. 125241)
PORTER, SCOTT, WEIBERG & DELEHANT
350 University Avenue, Suite 200
Post Office Box 255428
Sacramento, CA 95865
Tel: 916/929-1481

Attorneys for defendant CALIFORNIA EXPOSITION
          & STATE FAIR

CARYN L. CRAIG, ESQ., No. 185621
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 944255
Sacramento, CA 94244-2550
Fax No. 916/327-2319

Attorneys for defendant STATE OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER, HOLLYNN D'LIL, ISC, INC., RUSS BOHLKE, CHRISTINE FITZGERALD, CONNIE ARNOLD, and JEFFREY EVANS,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CALIFORNIA EXPOSITION & FAIR, aka "Cal Expo"; STATE OF CALIFORNIA; RAY CAMMACK SHOWS, INC.; and DOES 2-5000, Inclusive,<br><br>    Defendants. | Case No. S-2:01-1967 KJM<br>[Consolidated Case No. 04-1790 KJM]<br><br>STIPULATION AND ORDER RE DISMISSAL OF ATTORNEYS' FEES AND COSTS CLAIMS AS TO DEFENDANT CAL EXPO |

**TO THE COURT:** Plaintiffs LARRY McIVER, HOLLYNN D'LIL, ISC, INC., RUSS BOHLKE, CHRISTINE FITZGERALD, CONNIE ARNOLD, and JEFFREY EVANS and Defendants CALIFORNIA EXPOSITION AND STATE FAIR and STATE OF CALIFORNIA hereby stipulate that they have reached a complete and good faith settlement of Plaintiffs' remaining claim for reasonable statutory attorney fees, litigation expenses and costs against said Defendants, which the stipulating parties request that the Court dismiss with prejudice. The settlement was reached thanks to the efforts of Honorable Dale A. Drozd at settlement conference.

This request is limited to Defendants CALIFORNIA EXPOSITION AND STATE FAIR and STATE OF CALIFORNIA and the claim for fees, but neither affects Plaintiffs'

remaining claim for attorney fees, litigation expenses and costs against Defendant RAY CAMMACK SHOWS, INC., which remains pending before the Court, nor the Consent Judgments entered by the Court on December 16, 2005.

SO STIPULATED:

DATED: May 1, 2006        THIMESCH LAW OFFICES
                          TIMOTHY S. THIMESCH

                          */s/ Tim Thimesch*

                          By Attorneys for Plaintiffs
                          LARRY McIVER, HOLLYNN D'LIL,
                          ISC, INC., RUSS BOHLKE, CHRISTINE
                          FITZGERALD, CONNIE ARNOLD, and JEFFREY
                          EVANS

Dated: _____, 2006   STEPHEN E. HORAN, ESQ.
                          JEFFREY CHRISTENSEN, ESQ.
                          PORTER, SCOTT, WEIBERG & DELEHANT

                          [1]

                          Attorneys for Defendant
                          CALIFORNIA EXPOSITION & STATE FAIR

Dated: _____, 2006   CARYN CRAIG, ESQ.
                          OFFICE OF THE ATTORNEY GENERAL
                              OF THE STATE OF CALIFORNIA

                          Attorneys for Defendant
                          STATE OF CALIFORNIA

•●•

## ORDER

The Court approves the foregoing stipulation. Plaintiffs' motion for attorneys' fees and costs as to defendant Cal Expo is dismissed with prejudice. IT IS SO ORDERED.

Dated: May 1, 2006.

                          */s/ Mueller*
                          UNITED STATES MAGISTRATE JUDGE

---

[1] The court acknowledges receipt of an original stipulation signed by both defense counsel.