IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY McIVER, et al.,

   Plaintiffs,         No. CIV S-01-1967 KJM

  vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

   Defendants.

_____/

ISC, INC., et al.,

   Plaintiffs,         No. CIV S-04-1790 KJM

  vs.

CALIFORNIA EXPOSITION & FAIR, et al.,

   Defendants.       <u>ORDER</u>

_____/

   Plaintiffs have filed an <u>ex parte</u> application to extend the time for filing a reply with respect to plaintiffs' motion for attorneys' fees and opposition to defendant's counter-motions. Upon review of the file, THE COURT ORDERS AS FOLLOWS:

   1. Plaintiffs' reply and opposition to the counter-motions shall be filed no later than May 26, 2006.

1

2. Defendant's reply on the counter-motions shall be filed no later than June 2, 2006.

3. Under Local Rule 78-230(h), the court has determined that the matter will be submitted on the papers without oral argument. The hearing date of May 31, 2006 accordingly is vacated.

DATED: May 23, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006 mciver-isc.sub